1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    In re DE LEON HERNANDEZ.                  Case No.  21-cv-01166-HSG

8                                              **ORDER OF DISMISSAL**

9

10

11

12

13          On February 12, 2021, Plaintiff filed a letter with this Court.  Dkt. No. 1.  The Court

14   construed this letter as an attempt to file either a 42 U.S.C. § 1983 action or a petition for a writ of

15   habeas corpus.  Dkt. No. 2.  That same day, the Clerk of the Court informed Plaintiff that this

16   action was deficient because he had not paid the filing fee and had not submitted his complaint or

17   petition on the proper form.  Dkt. Nos. 2, 3.  Plaintiff was instructed to respond within twenty-

18   eight days of the date of the order.  Dkt. Nos. 2, 3.  The deadline has passed, and Plaintiff has

19   neither paid the filing fee nor submitted a complaint or petition on the proper form, or otherwise

20   communicated with the Court.  The Court therefore DISMISSES this action without prejudice.

21   Because this dismissal is without prejudice, Plaintiff may move to reopen the action.  Any such

22   motion must be accompanied by both a complaint or petition on the proper form, and an *in forma*

23   *pauperis* application on the proper form, with the required supporting documents.  The Clerk shall

24   enter judgment and close the file.

25          **IT IS SO ORDERED.**

26   Dated:  4/6/2021

27   _____

28   HAYWOOD S. GILLIAM, JR.
     United States District Judge

United States District Court
Northern District of California