United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DE LEON HERNANDEZ.

Case No.  21-cv-01166-HSG

**JUDGMENT**

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice.  The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated:  4/6/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge